**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Bernard CREWS,**
**Defendant–Appellant.**

No. 01–7058.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

William Bernard Crews, pro se. Thomas Oliver Mucklow, Assistant United

States Attorney, Martinsburg, WV, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

William B. Crews appeals from the district court's order dismissing his motion styled "pro se motion based on the district court's lack of jurisdiction to convict and/or sentence 'defendant William Bernard Crews' and in alternative a pro se motion for jail credit time for the federal sentence that was spent in a state prison." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Crews*, No. CR–89–284 (N.D.W.Va. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*